IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| THOMAS BRANT SAMPERE | § | |
| VS. | § | CIVIL ACTION NO. 1:09cv700 |
| UNITED STATES OF AMERICA | § | |

### MEMORANDUM ORDER REGARDING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Thomas Brant Sampere, an inmate confined at the Federal Correctional Complex in Beaumont, Texas, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends the above-styled petition be dismissed without prejudice.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

### O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

So **ORDERED** and **SIGNED** this **30** day of **December, 2009.**

_____
Ron Clark, United States District Judge